# EXHIBIT A

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: Yunusa Kenchi | From: New York District Office |
|---|---|
| 28-30 West 127 Street, Apt. 4c | 33 Whitehall Street |
| New York, NY 10027 | 5th Floor |
| | New York, NY 10004 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2009-02515 | Jeanette P. Wooten, Investigator | (212) 336-3753 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Spencer H. Lewis, Jr.,
Director

12-04-2009
(Date Mailed)

Enclosures(s)

cc:    HANESBRANDS INC
Director, Human Resources
260 Madison Avenue, 6th Floor
New York, NY 10016

Patrick J. Boyd, Esq.
230 Park Avenue, Suite 1000
New York, NY 10169

# EXHIBIT B

**Subject: FW: Yunusa**
**Date:** Tuesday, August 19, 2008 2:54 PM
**From:** Yunusa Kenchi <yunusa.kenchi@hanesbrands.com>
**To:** Yunusa <yunusauk@gmail.com>

```
------ Forwarded Message
From: Wynn Anderson <wynn.anderson@hanesbrands.com>
Date: Tue, 19 Aug 2008 12:14:56 -0400
To: Yunusa Kenchi <Yunusa.Kenchi@hanesbrands.com>
Conversation: Yunusa
Subject: FW: Yunusa


------ Forwarded Message
From: Wynn Anderson <wynn.anderson@hanesbrands.com>
Date: Tue, 19 Aug 2008 11:54:25 -0400
To: Jennie Petry <Jennie.Petry@hanesbrands.com>
Conversation: Yunusa
Subject: Yunusa

You should see how this Yunusa is trying to buddy up with Guillermo,
It's hysterical. Knew he would be a threat to him. Now I have talent!!
We should go forward with getting this nigger out of here and
Getting Jason back.

------ End of Forwarded Message


------ End of Forwarded Message

------ End of Forwarded Message
```